UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
December 15, 2023
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br>SHANE DONALD FRASER,<br><br>                    Defendant. | Case No.  2:07-cr-00120-WBS-2<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>SHANE DONALD FRASER</u> Case No. <u>2:07-cr-00120-WBS-2</u> Charges <u>21 USC § 846</u> from custody for the following reasons:

| | |
|---|---|
| _____ | Release on Personal Recognizance |
| _____ | Bail Posted in the Sum of $ _____ |
| __x__ | Secured Appearance Bond $   $10,000.00 |
| _____ | Appearance Bond with 10% Deposit |
| _____ | Appearance Bond with Surety |
| _____ | Corporate Surety Bail Bond |
| __x__ | (Other): <u>Release delayed until a secured bond is posted by 12/22/2023. Following release, defendant must also report directly to the Pretrial Services Office on 501 I Street, 2nd Floor, Suite 2-400, Sacramento, CA 95814 at 9:00 AM on the following first working day or 12/26/2023.</u> |

Issued at Sacramento, California on December 15, 2023 at 4:15 PM

Dated:  December 15, 2023

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE