PHILLIP A. TALBERT
United States Attorney
HEIKO P. COPPOLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:07-CR-00120 WBS |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| SHANE FRASER, ET.AL., | DATE: February 5, 2024 |
| Defendants. | TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |

**STIPULATION**

1. By previous order, this matter was set for status on February 5, 2024.

2. By this stipulation, defendants now move to continue the status conference until April 22, 2024 at 9:00 a.m., and to exclude time between February 5, 2024, and April 22, 2024, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes four disks of material containing investigative reports from the United States and Canadian authorities, documents, photographs, and other relevant materials. The United States has also made certain transcripts available for review. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

   b) Counsel for defendants desire additional time review the discovery provided,

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

investigate the matter, consult with their clients and otherwise prepare for trial.

      c)     Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)     The government does not object to the continuance.

      e)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 5, 2024 to April 22, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: January 29, 2024                                PHILLIP A. TALBERT
                                                                   United States Attorney

                                                                   /s/ HEIKO P. COPPOLA
                                                                   HEIKO P. COPPOLA
                                                                   Assistant United States Attorney


Dated: January 29, 2024                                /s/ RICHARD NOVAK
                                                                   RICHARD NOVAK
                                                                   Counsel for Defendant
                                                                   SHANE FRASER

Dated: January 29, 2024                /s/ SHAFFEE MOEEL
                                                  SHAFFEE MOEEL
                                                  Counsel for Defendant
                                                  TODD FERGUSON

Dated: January 29, 2024                /s/ THOMAS A. JOHNSON
                                                  THOMAS A. JOHNSON
                                                  Counsel for Defendant
                                                  DANIEL JOINSON

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: January 29, 2024

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3