THOMAS A. JOHNSON, #119203
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 2560
Sacramento, California 95814
Telephone: (916) 422-4022

Attorney for Daniel Joinson

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>DANIEL JOINSON, SHANE DONALD FRASER, TODD IAN FERGUSON,<br><br>  Defendants. | Case No.: 2:07-cr-00120-WBS<br><br>STIPULATION AND ORDER REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT<br><br>Date: April 22, 2024<br>Time: 9:00 a.m.<br>Judge: Hon. William B. Shubb |

**STIPULATION**

1. By previous order, this matter was set for status on April 22, 2024.

2. By this stipulation, defendants now move to continue the status conference until **June 10, 2024 at 9:00 a.m.**, and to exclude time between April 22, 2024, and June 10, 2024, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

a) The government has represented that the discovery associated with this case includes four disks of material containing investigative reports from the United States and Canadian authorities, documents, photographs, and other relevant materials. The United States has also made certain transcripts available for review All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

STIPULATION AND ORDER — - 1 -

b) Counsel for defendants' desire additional time review the discovery provided, investigate the matter, consult with their clients and otherwise prepare for trial.

c) Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 22, 2024 to June 10, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**IT IS SO STIPULATED.**

DATED:  April 11, 2024                              PHILLIP A. TALBERT
                                                    United States Attorney

                                                     /s/ HEIKO P. COPPOLA
                                                    HEIKO P. COPPOLA
                                                    Assistant U.S. Attorney

DATE: April 11, 2024

     /s/ THOMAS A. JOHNSON
THOMAS A. JOHNSON
Attorney for Daniel Joinson

DATE: April 11, 2024

     /s/ SHAFFEE MOEEL
SHAFFEE MOEEL
Attorney for Todd Ferguson

DATE: April 11, 2024

     /s/ RICHARD NOVAK
RICHARD NOVAK
Attorney for Shane Fraser

## ORDER

**IT IS SO FOUND AND ORDERED.**

Dated: April 11, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE