UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    PLAINTIFF,<br><br>  v.<br><br>SHANE DONALD FRASER,<br><br>    DEFENDANT. | CASE NO. 2:07-CR-120-WBS-2<br><br>[~~PROPOSED~~] ORDER ON STIPULATION OF PLAINTIFF UNITED STATES OF AMERICA AND DEFENDANT SHANE DONALD FRASER RE CONDITIONS OF RELEASE |

Pursuant to the stipulation of the parties and for good cause shown, the conditions of release established by the Court on December 15, 2023, as set forth at docket entries 261, 263, and 264 are hereby reaffirmed by the Court with the following modifications:

1) The condition requiring that bond be posted no later than December 22, 2023 is hereby vacated;

2) Mr. Fraser shall be released from custody at 9:00 a.m. on the first court day after the Court determines that all pre-release conditions have been satisfied, and

3) Immediately upon his release, Mr. Fraser shall appear at the offices of Pretrial Services for installation of location monitoring equipment, after which he may travel to the Central District of California to remain at the residence previously approved by Pretrial Services.

IT IS SO ORDERED.

DATED: June 18, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE