|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | **FILED**<br>June 24, 2024<br>CLERK, US DISTRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SHANE DONALD FRASER,<br><br>　　　　　Defendant. | Case No.  2:07-cr-00120-WBS<br><br>**ORDER FOR RELEASE OF<br>PERSON IN CUSTODY** |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  SHANE DONALD FRASER ,

Case No.  2:07-cr-00120-WBS , Charge 21 USC 846, 841(a)(1), from custody for the following reasons:

　　____　Release on Personal Recognizance

　　 X 　Bail Posted in the Sum of $   10,000.00

　　　　____　Unsecured Appearance Bond $ _____

　　　　____　Appearance Bond with 10% Deposit

　　　　____　Appearance Bond with Surety

　　　　____　Corporate Surety Bail Bond

　　　　(Other): The defendants release will be delayed until 06/25/2024 at 9:00 AM.

Sacramento County Jail is further ORDERED to release the defendant with a 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on June 24, 2024 at 8:30 AM.

　　　　　　　　　　　　　　　　　　　By:  _/s/ Allison Claire_____

　　　　　　　　　　　　　　　　　　　　　　Magistrate Judge Allison Claire