# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **United States of America** <br> vs. <br> **Shane Fraser** | Case No. 2:07-CR-120-WBS-2 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, **Shane Fraser**, have discussed with **Stacey Cooke (CDCA)**, Pretrial Services Officer, modifications of my release conditions as follows:

Condition #11 be amended to read as follows: You must participate in the following location monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence. **Location Monitoring Technology at the discretion of the supervising agency.** You must comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You must pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer.

All other conditions not in conflict with this order shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

| /s/ **Shane Fraser** | 6-27-24 | /s/ **Darryl Walker** | 6-27-24 |
|---|---|---|---|
| Signature of Defendant | Date | Pretrial Services Officer | Date |

I have reviewed the conditions and concur that this modification is appropriate.

| /s/ **Heiko Philipp Coppola** | 6-27-24 |
|---|---|
| Signature of Assistant United States Attorney <br> Heiko Philipp Coppola | Date |

I have reviewed the conditions with my client and concur that this modification is appropriate.

| /s/ **Richard Novak** | 6-27-24 |
|---|---|
| Signature of Defense Counsel <br> Richard Novak | Date |

## ORDER OF THE COURT

[x] The above modification of conditions of release is ordered, to be effective on June 27, 2024.
[ ] The above modification of conditions of release is *not* ordered.

| /s/ Allison Claire | June 27, 2024 |
|---|---|
| Signature of Judicial Officer | Date |

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services