UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>v.<br><br>SHANE DONALD FRASER,<br><br>DEFENDANT. | CASE NO. 2:07-CR-120-WBS-2<br><br>[~~PROPOSED~~] ORDER ON STIPULATION OF PLAINTIFF UNITED STATES OF AMERICA AND DEFENDANT SHANE DONALD FRASER RE CONDITIONS OF RELEASE |

Pursuant to the stipulation of the parties and for good cause shown, the conditions of release established by the Court on December 15, 2023, as set forth at docket entries 261, 263, and 264 are modified as follows:

1) The condition requiring home detention is eliminated.

2) A condition requiring a curfew is added. Mr. Fraser shall remain inside his residence from 5:00 p.m. until 8:00 a.m., absent advance approval from Pretrial Services should he need to be away from his residence during that period of time for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court ordered obligations; or other essential activities pre-approved by the pretrial services officer.

3) All other conditions remain in full force and effect, including electronic monitoring. The revised list of special conditions is attached to this Order.

IT IS SO ORDERED.

DATED: August 19, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE