MOEEL LAH FAKHOURY LLP

Shaffy Moeel (State Bar No. 238732)
2006 Kala Bagai Way, Suite 16
Berkeley, CA 94704
Telephone:     (510) 500-9994
Email: shaffy@mlf-llp.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TODD IAN FERGUSON, et al.,<br><br>Defendants. | Case No. 07-CR-120-WBS<br><br>**STIPULATION AND ORDER REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT**<br><br>Date:   September 9, 2024<br>Time:  10:00 a.m.<br>Judge: Hon. William B. Shubb<br><br>_____ |

STIPULATION

1. By previous order, this matter was set for status on September 9, 2024.

2. By this stipulation, defendants now move to continue the status conference until **December 9, 2024 at 10:00 a.m**., and to exclude time between September 9, 2024, and December 9, 2024, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a. The government has produced voluminous discovery in this case which includes four disks of material containing investigative reports from the United States and Canadian

-1-
**STIP. AND ORDER SETTING CONDITIONS OF RELEASE**
**CASE NO: 07-CR-120-WBS**

       authorities, documents, photographs, and other relevant materials. The United States has also made certain transcripts available for review All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

  b. Counsel for defendants' request additional time to review the discovery provided, investigate the matter, consult with their clients and otherwise prepare for trial.

  c. Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  d. The government does not object to the continuance.

  e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 9, 2024 to December 9, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

    Defendant's undersigned counsel, Shaffy Moeel, hereby attests that Heiko Coppola, counsel for the United States, Richard G. Novak, counsel for Mr. Fraser and Thomas A. Johnson, counsel for Mr. Joinson concur in the filing of this Stipulation.

    IT IS SO STIPULATED.

    DATED:       September 3, 2024

1
2
                                        */s/ Heiko Coppola*
                                        HEIKO COPPOLA
                                        Assistant United States Attorney

3
4  DATED:   September 3, 2024          */s/ Shaffy Moeel*
                                        SHAFFY MOEEL
                                        MOEEL LAH FAKHOURY LLP
5
                                        Attorneys for Mr. Ferguson

6           September 3, 2024          */s/ Thomas A. Johson*
                                        THOMAS A. JOHNSON
7
                                        Attorney for Daniel Joinson

8           September 3, 2024          */s/ Richard Novak*
                                        RICHARD NOVAK
9
                                        Attorney for Shane Fraser

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: September 3, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE