UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      PLAINTIFF,<br><br>  v.<br><br>SHANE DONALD FRASER,<br><br>      DEFENDANT. | CASE NO. 2:07-CR-120-WBS-2<br><br>[PROPOSED] ORDER ON STIPULATION OF PLAINTIFF UNITED STATES OF AMERICA AND DEFENDANT SHANE DONALD FRASER RE CONDITIONS OF RELEASE |

Pursuant to the stipulation of the parties and for good cause shown, the conditions of release established by the Court on December 15, 2023, as set forth at docket entries 261, 263, and 264, and as modified on August 19, 2024, as set forth at docket entry 296, are *temporarily* modified as follows:

1) During the period September 16, 2024 through and including September 23, 2024, the curfew condition shall require Mr. Fraser to remain inside his residence from midnight until 6:00 a.m.

2) Beginning on September 24, 2024, the curfew shall revert back to the present period, which is 5:00 p.m. until 8:00 a.m.

3) All other conditions remain in full force and effect, including electronic monitoring.

IT IS SO ORDERED.

DATED: September 11, 2024

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE