1  Joseph Abrams, Cal. State Bar No. 190485
2  Email: joseph@josephabramslaw.com
   Law Office of Joseph Abrams
3  900 W. 17th Street, Suite E
   Santa Ana, CA 92706
4  Telephone: 714-883-9822

5

6

7

8                    UNITED STATES DISTRICT COURT
9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              Case No.: 2:07-CR-00120-WBS

12          Plaintiff,                     JOINT STIPULATION AND ORDER RE-
                                           GARDING CONTINUANCE AND EX-
13  vs.                                    CLUDABLE TIME

14  SHANE DONALD FRASER, ET AL,            DATE: MARCH 17, 2025
                                           TIME: 10:00 A.M.
15          Defendant                      JUDGE: HON. WILLIAM B. SHUBB

16
         Defendant Shane Donald Fraser, by and through his counsel, Joseph Abrams, defendant
17
    Todd Ian Ferguson, by and through his counsel, Shaffy Moeel, and plaintiff United States of
18
    America, by and through its counsel, Heiko Coppola, Assistant United States Attorney, hereby
19
    stipulate to a request for continuance of the status conference hearing, presently set for March
20
    17, 2025 at 10:00 a.m., to June 2, 2025 at 10:00 a.m. The requested hearing date has been
21
    cleared by the Court.
22
         The parties agree and stipulate, and request that the Court find the following:
23
         1.  The government has produced voluminous discovery in this case which includes four
24
    disks of material containing investigative reports from the United States and Canadian
25
    authorities, documents, photographs, and other relevant materials. The United States has also
26
    made certain transcripts available for review. All of this discovery has been either produced
27
    directly to counsel and/or made available for inspection and copying.
28

STIPULATION AND ORDER CONTINUING HEARING
CASE NO: 07-CR-120-WBS

2. Counsel for defendants request additional time to review the discovery provided, investigate the matter, consult with their clients and otherwise prepare for trial.

3. Counsel for defendants believe that failure to grant the requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

4. The government does not object to the requested continuance.

5. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 17, 2025 to June 2, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T-4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Undersigned counsel for defendant Shane Fraser, Joseph Abrams, hereby attests that counsel for Todd Ian Ferguson, Shaffy Moeel, and counsel for the United States of America, Heiko Coppola, concur in the filing of this stipulation

IT IS SO STIPULATED

DATED: March 10, 2025                    Respectfully submitted,

*/s/ Joseph Abrams*
Counsel for Shane Donald Fraser

*/s/ Shaffy Moeel*
Counsel for Todd Ian Ferguson

Michele Beckwith
Acting United States Attorney

*/s/ Heiko Coppola*
Assistant United States Attorney

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: March 11, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE