Joseph Abrams, Cal. State Bar No. 190485
Email: joseph@josephabramslaw.com
Law Office of Joseph Abrams
900 W. 17th Street, Suite E
Santa Ana, CA 92706
Telephone: 714-883-9822
*Counsel for Shane Donald Fraser*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:07-CR-00120-WBS-2 |
| Plaintiff, | |
| vs. | JOINT STIPULATION AND [PRPOSED] ORDER REGARDING EXONERATION OF BOND |
| SHANE DONALD FRASER, | |
| Defendant | |

Defendant Shane Donald Fraser, by and through his counsel, Joseph Abrams, and plaintiff United States of America, by and through its counsel, Heiko Coppola, Assistant United States Attorney, hereby stipulate that the Court should exonerate the previously-imposed bond in this matter.

The parties agree and stipulate, and request that the Court, find the following:

1.   On April 30, 2025, Mr. Fraser appeared for arraignment before Magistrate Judge Jeremy D. Peterson.

2.   Following Mr. Fraser's arraignment, the parties informed the Court that Mr. Fraser wished to self-surrender to begin serving what is expected to be a custodial sentence in this case.

3.   The Court heard discussion from the parties regarding the self-surrender request. After consideration, and for the reasons stated on the record, the Court revoked Mr. Fraser's pretrial release and ordered him detained.

Joint Stipulation and [Proposed] Order Regarding Exoneration of Bond

4.  During the period of his pretrial release, Mr. Fraser at all times complied with all conditions of his release, and made all required Court appearances.

5.  Based on Mr. Fraser's full compliance and voluntary request for detention, it's appropriate to exonerate the bond in this matter.

Undersigned counsel for defendant Shane Donald Fraser, Joseph Abrams, hereby attests that counsel for the United States of America, Heiko Coppola, concurs in the filing of this stipulation.

IT IS SO STIPULATED

DATED: May 13, 2025                    Respectfully submitted,

                                       /s/Joseph Abrams
                                       Joseph Abrams
                                       Counsel for Shane Donald Fraser

                                       Michele Beckwith
                                       Acting United States Attorney

                                       /s/ Heiko Coppola
                                       Assistant United States Attorney

Joint Stipulation and [Proposed] Order Regarding Exoneration of Bond

2

1

**[PROPOSED]** **ORDER**

2

    IT IS SO FOUND AND ORDERED

3

4

Dated:  May 14, 2025

5

6
                      CHI SOO KIM

7
                      UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Joint Stipulation and [Proposed] Order Regarding Exoneration of Bond